**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **NICHOLAS DOLIESLAGER,** | **CASE NO. 15-40862-JMM** |
| **DEBTOR(S)** | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS**

    Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, by and through her staff attorney, has filed papers with the Court requesting that your case be dismissed.

    <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you want the court to consider your views on the motion, then you or your attorney must attend the hearing scheduled to be held on **August 27, 2019 at 1:30 p.m., at the U.S. Courthouse, 801 East Sherman, Pocatello, Idaho 83201.**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

    DATED:  August 2, 2019

                                                                                                                                  /s/  Kathleen McCallister
                                                                                                                      **Kathleen McCallister, Trustee**

**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>NICHOLAS DOLIESLAGER,<br><br>    DEBTOR(S) | CHAPTER 13<br><br>CASE NO.  15-40862-JMM |

### TRUSTEE'S MOTION TO DISMISS FOR DELINQUENCY

NOW COMES, Kathleen A. McCallister, the standing Chapter 13 Trustee for United States Bankruptcy Court for the District of Idaho, and as for her Motion to Dismiss states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 on September 2, 2015. The Plan was confirmed on March 29, 2016.

2. The plan calls for monthly payments of $550.00.  The Debtor is currently $2,890.00 in arrears on his plan payments through July 2019.

3. The Debtor has failed to comply with the terms of the plan and has a material default. Pursuant to 11 U.S.C. § 1307(c)(6), the court may dismiss a case upon the request of the trustee, for cause, including material default by the debtor with respect to a term of the confirmed plan. Debtor(s) have failed to make plan payments.

WHEREFORE, the trustee respectfully requests that this case be dismissed or for such other relief as this court deems reasonable and fair.

DATED:  August 2, 2019

/s/  Kathleen McCallister
**Kathleen McCallister, Trustee**

## **CERTIFICATE OF SERVICE**

**I, HEREBY CERTIFY** that on August 2, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Alexandra Caval**
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Nicholas Dolieslager
P.O. Box 353
Wendell, ID 83355

                                                                                                   **/s/ *Joseph Ammirati***
                                                                                                   **Joseph Ammirati, Case Analyst**